EXHIBIT 6

| Bates No. | Date | Description of Document | Privilege Asserted |
|---|---|---|---|
| TNT013310-TNT013315 | 2/15/2017 | Emails from D. Diedrich of NBIS to D. Johnson of SmithAmundsen, re IICH's claim, factual background, and SmithAmundsen's representation of IICH | Attorney-client privilege |
| TNT013322-TNT013327 | 9/7/2017 | Insurance Claim Reporting Form - Coverage Analysis | Insurer-insured/Work Product |
| TNT013416 | 3/20/2017 | Emails between TNT and SmithAmundsen re relevant facts and documents pertaining to the Osborn Project | Attorney-client privilege |
| No Bates | 9/20/2016 | Email from T. Tran, in-house counsel for TNT, to TNT personnel re preparation of Union Card, including counsel's advice re preparation of same (attachment: union card w/ notes) | Attorney-client privilege |
| No Bates | 9/20/2016 | Email from B. Murray to M. Babcock and J. Clary, forwarding T. Tran email re Union Card, for purposes of obtaining counsel's advice re preparation of same (attachment: union card w/ notes) | Attorney-client privilege |
| No Bates | 9/20/2016 | Email from T. Nguyen, on behalf of T. Tran, to B. Murray with Union Card, including counsel's advice re preparation of same (attachment: union card w/ notes) | Attorney-client privilege |
| No Bates | 9/20/2016 | Email from B. Murray to M. Babcock and J. Clary, forwarding T. Nguyen Email with Union Card, including counsel's advice re preparation of same (attachment: union card w/ notes) | Attorney-client privilege |
| No Bates | Eff. 2/23/2017 | Joint Representation Agreement between TNT and IICH with effective date February 23, 2017, signed by TNT on January 15, 2019, and by IICH (now HDI) on January 23, 2019. | Attorney-client privilege/Work Product |

| Bates | Date | Description | Privilege |
|---|---|---|---|
| No Bates | 2/23/2017 | Email from D. Diedrich of NBIS to T. Tran, in-house counsel for TNT, and D. Johnson of SmithAmundsen, re IICH's claim and scope of SmithAmundsen's representation of TNT and IICH | Attorney-client privilege |
| No Bates | 2/24/2017 | Email from T. Tran, in-house counsel for TNT, to D. Diedrich of NBIS and D. Johnson of SmithAmundsen, re SmithAmundsen's representation of TNT and IICH | Attorney-client privilege |
| No Bates | 9/25/2017 | Email from D. Johnson of SmithAmundsen to T. Tran, in-house counsel for TNT, cc D. Diedrich of NBIS and H. Bub of SmithAmundsen, re assignment of rights to IICH | Attorney-client privilege |
| No Bates | 10/27/2017 | Email from H. Bub of SmithAmundsen to T. Tran, in-house counsel for TNT, re assignment of rights to IICH | Attorney-client privilege |
| No Bates | 10/27/2017 | Email from T. Tran, in-house counsel for TNT, to H. Bub of SmithAmundsen, re value of IICH's claim | Attorney-client privilege |
| No Bates | 11/9/2017 | Email from H. Bub of SmithAmundsen to T. Tran, in-house counsel for TNT, re calculation of value of IICH's claim | Attorney-client privilege/Work Product |
| No Bates | 11/10/2017 | Email from T. Tran, in-house counsel for TNT, to H. Bub of SmithAmundsen, forwarding executed Assignment and discussing value of IICH's claim | Attorney-client privilege |
| TNT015661 - TNT015662 | 9/19/2016 | Email from B. Murray to T. Tran, in-house counsel for TNT, and A. Bell, cc to M. Appling and B. Wenneshiemer, for purposes of obtaining counsel's advice re same (attachment: blank union card) | Attorney-client privilege |

| Bates | Date | Description | Privilege |
|---|---|---|---|
| TNT015663 - TNT015669 | 9/19/2016 | Emails between T. Tran, in-house counsel for TNT, B. Murray, A. Bell, M. Appling and B. Wenneshiemer, re counsel's advice re Union card | Attorney-client privilege |
| TNT013705 | Redacted | REDACTION: Email from TNT General Counsel, T. Tran, forwarding the below email to D. Johnson; email from D. Johnson forwarding the below email to SmithAmundsen LLC paralegal A. Starks for production in litigation | Attorney-client privilege/Work Product |
| TNT013744 | Redacted | REDACTION: Email from D. Ford's email account forwarding the below email to TNT General Counsel, T. Tran, for production in litigation | Attorney-client privilege |
| TNT013748 | Redacted | REDACTION: Email from D. Ford's email account forwarding the below email to TNT General Counsel, T. Tran, for production in litigation | Attorney-client privilege |
| TNT013751 | Redacted | REDACTION: Email from D. Ford's email account forwarding the below email to TNT General Counsel, T. Tran, for production in litigation | Attorney-client privilege |
| TNT013754 | Redacted | REDACTION: Email from D. Ford's email account forwarding the below email to TNT General Counsel, T. Tran, for production in litigation | Attorney-client privilege |
| TNT013757 | Redacted | REDACTION: Email from D. Ford's email account forwarding the below email to TNT General Counsel, T. Tran, for production in litigation | Attorney-client privilege |

| | | |
|---|---|---|
| TNT013760 | Redacted | REDACTION: Email from D. Ford's email account forwarding the below email to TNT General Counsel, T. Tran, for production in litigation | Attorney-client privilege |
| TNT013764 | Redacted | REDACTION: Email from D. Ford's email account forwarding the below email to TNT General Counsel, T. Tran, for production in litigation | Attorney-client privilege |
| TNT013768 | Redacted | REDACTION: Email from D. Ford's email account forwarding the below email to TNT General Counsel, T. Tran, for production in litigation | Attorney-client privilege |
| TNT013769 | Redacted | REDACTION: Email from D. Ford's email account forwarding the below email to TNT General Counsel, T. Tran, for production in litigation | Attorney-client privilege |
| TNT013772 | Redacted | REDACTION: Email from D. Ford's email account forwarding the below email to TNT General Counsel, T. Tran, for production in litigation | Attorney-client privilege |
| TNT013774 | Redacted | REDACTION: Email from D. Ford's email account forwarding the below email to TNT General Counsel, T. Tran, for production in litigation | Attorney-client privilege |
| TNT013993 | N/A | REDACTION: Insurance Policy premium information | Privileged/Confidential |
| TNT015246 | | | |

| Bates | Date | Description | Privilege |
|---|---|---|---|
| TNT015260 | N/A | REDACTION: Insurance Policy premium information | Privileged/ Confidential |
| TNT015273 | N/A | REDACTION: Insurance Policy premium information | Privileged/ Confidential |
| TNT015294 | N/A | REDACTION: Insurance Policy premium information | Privileged/ Confidential |
| TNT015655 – TNT015657 | Misc. in 2014 | REDACTION: Personal identifying information contained in TNT employee's Union Local No. 139 cards for Wisconsin project, including social security numbers, home addresses and phone numbers | Privileged/ Confidential/ Required by Federal Rules |
| No Bates | 5/7/2018 | Email from T. Tran, General Counsel for TNT, to F. Peatross in TNT's IT department, re electronic mail search for M. Appling, B. Wennesheimer, B. Murray, T. Pierce and C. Jeffcoat for the period of May 1, 2016 – December 31, 2016 | Attorney-client privilege |
| No Bates | 5/9/2018 | Emails between T. Tran, General Counsel for TNT, and F. Peatross in TNT's IT department, re electronic mail search for the terms "whiteconstruction.com" and "iea.net" for the period of 8/1/16-12/31/16 | Attorney-client privilege |
| No Bates | 11/16/2018 | Emails between T. Tran, General Counsel for TNT, and C. Laverne in TNT's IT department, re electronic mail search for M. Babcock, J. Clary, D. Johnson, C. Patrick, and K. Hawkins | Attorney-client privilege |
| No Bates | 4/4/2018 | Emails between T. Tran, General Counsel for TNT, and F. Peatross in TNT's IT department, re electronic mail search for D. Ford | Attorney-client privilege |
| No Bates | 11/12/2018 | Emails between T. Tran, General Counsel for TNT, and TNT's Help Desk, re electronic mail search for M. Babcock, J. Clary, D. Johnson, C. Patrick, and K. Hawkins | Attorney-client privilege |

| | | | |
|---|---|---|---|
| No Bates | 9/20/2016 | Email from T. Tran, General Counsel for TNT, to B. Wenneshiemer, B. Murray, and A. Bell re modified quote incorporating Standard Terms and Conditions, and re modified Daily Field Report, attaching both, and giving advice and instruction as counsel | Attorney-client privilege/Work Product |
| No Bates | 10/21/2016 | Emails between T. Tran, General Counsel for TNT, and B. Wenneshiemer, re unsigned modified quote incorporating Standard Terms and Conditions | Attorney-client privilege |
| No Bates | 4/6/2018 | Emails between T. Tran, General Counsel for TNT, and N. Ducharme in TNT's IT department, re electronic mail search for D. Ford | Attorney-client privilege |
| No Bates | 4/25/2018 | Emails between T. Tran, General Counsel for TNT, and B. Blair re project emails; includes email with outside counsel re conference call | Attorney-client privilege |